

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Israel Saenz Vasquez

Vs. No. 11-15-00038-CR

The State of Texas,

\* From the 244th District Court
of Ector County,
Trial Court No. C-40,636.

\* January 26, 2017

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect the trial court's finding of "true" on the habitual-offender enhancement paragraphs. As modified, we affirm.